# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

THOMAS PURCELL,

    Plaintiff,

v.

WALMART STORES EAST, LP,

    Defendant.

Civil Action File No.: CV220-65

## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant Wal-Mart Stores East, LP[1], and files this Answer and Defenses to Plaintiff's Complaint and shows the Court as follows:

### First Defense

Pending additional investigation and discovery, Defendant affirmatively preserves any and all defenses based on improper or insufficient service.

### Second Defense

Pending additional investigation and discovery, Defendant affirmatively preserves any and all defenses based on the statute of limitations.

### Third Defense

Pending additional investigation and discovery, Defendant affirmatively preserves any and all defenses based on the doctrine of laches.

### Fourth Defense

Pending additional investigation and discovery, Defendant states that Plaintiff's alleged injuries and damages were caused or contributed to by Plaintiff's own actions.

---

[1] Mis-identified by Plaintiff as "Walmart" instead of Wal-Mart.

### Fifth Defense

Plaintiff failed to exercise reasonable care for his own safety.

### Sixth Defense

Defendant breached no duty owed to Plaintiff.

### Seventh Defense

Plaintiff may not recover against Defendant because no act or omission of Defendant was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

### Eighth Defense

Pending further investigation and discovery, Defendant asserts the defenses of contributory and comparative negligence.

### Ninth Defense

Plaintiff may not recover against Defendant because Plaintiff has equal or superior knowledge of any alleged hazard.

### Tenth Defense

Plaintiff is not entitled to any special damages to the extent that Plaintiff has failed to specifically plead them in accordance with F.R.C.P. 9(g).

### Eleventh Defense

Plaintiff is not entitled to attorney's fees, expenses, post-judgment interest or pre-judgment interest under the facts of this case.  Further, Defendant preserves all rights against Plaintiff to the extent these claims are asserted without any justifiable basis in fact or law.

### Twelfth Defense

Pending further investigation and discovery, Defendant reserves the right to assert all affirmative defenses available under the Federal Rules of Civil Procedure.

### Thirteenth Defense

In answer to the specific allegations of Plaintiff's Complaint, Defendant shows the Court as follows:

1.

Defendant does not have sufficient information at this time to admit or deny the allegations contained within Paragraph 1 of Plaintiff's Complaint, and places Plaintiff on strict proof of same.

2.

Denied as pled.

3.

Admitted as pled.  Defendant denies any allegations or implications of negligence or liability.

### OPERATIVE FACTS

4.

Defendant restates its responses to Paragraphs 1 through 3 of Plaintiff's Complaint as if fully restated herein.

5.

Denied.

6.

Denied.

7.

Defendant states that any such duties are established as a matter of Georgia law. Defendant denies any allegations or implications of breach of duty, negligence, or liability. Defendant does not have sufficient information at this time to admit or deny the allegations regarding Plaintiff's status on the property contained within Paragraph 7 of Plaintiff's Complaint, and places Plaintiff on strict proof of same.

8.

Denied.

9.

Denied as pled.

10.

Denied.

11.

Denied as pled.

12.

Denied.

13.

Denied.

14.

Denied.

## **DAMAGES**

15.

Defendant restates its responses to Paragraphs 1 through 14 of Plaintiff's Complaint as if fully restated herein.

16.

Denied.

17.

Denied.

18.

Defendant does not have sufficient information at this time to admit or deny the allegations contained within Paragraph 18 of Plaintiff's Complaint, and places Plaintiff on strict proof of same. Defendant denies any allegations or implications of breach of duty, negligence, or liability.

19.

Defendant does not have sufficient information at this time to admit or deny the allegations contained within Paragraph 19 of Plaintiff's Complaint, and places Plaintiff on strict proof of same. Defendant denies any allegations or implications of breach of duty, negligence, or liability.

20.

Defendant does not have sufficient information at this time to admit or deny the allegations contained within Paragraph 20 of Plaintiff's Complaint, and places Plaintiff on strict proof of same. Defendant denies any allegations or implications of breach of duty, negligence, or liability.

21.

Denied.

22.

Defendant denies all allegations contained within Plaintiff's "prayer for relief" which appears immediately after the 22nd paragraph of Plaintiff's Complaint.

23.

Defendant denies all other allegations of the Complaint which have not been specifically responded to in the previous paragraphs.

**DEFENDANT HEREBY DEMANDS TRIAL BY JURY OF TWELVE REGARDING ANY ISSUES NOT SUBJECT TO SUMMARY ADJUDICATION.**

Having fully answered, Defendant prays that it be discharged with all costs cast against Plaintiff.

Respectfully submitted, this 12th day of June, 2020.

**DREW ECKL & FARNHAM, LLP**

*/s/ Garret S. Meader*

Garret W. Meader
Georgia Bar No. 142402
*Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, Georgia  31520
(912) 280-9662
gmeader@deflaw.com

9837955/1
05695-172278

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| **THOMAS PURCELL,**<br><br>      Plaintiff,<br><br>v.<br><br>**WALMART STORES EAST, LP,**<br><br>      Defendant. | **Civil Action File No.:** _____ |

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded, via Electronic Mail, a true and correct copy of the foregoing *Answer and Defenses to Plaintiff's Complaint* to the following counsel of record, addressed as follows:

PSullivan@bbcjustice.com<br>
Patrick B. Sullivan<br>
Barnes & Cohen, P.A.<br>
887-H Kings Bay Road<br>
St. Marys, GA  31558

This 12th day of June, 2020.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Garret S. Meader*

_____

Garret W. Meader
Georgia Bar No. 142402
*Attorneys for Defendant*

777 Gloucester Street
Suite 305
Brunswick, Georgia  31520
(912) 280-9662
gmeader@deflaw.com